# United States Court of Appeals for the Fifth Circuit

No. 25-50220
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 25, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Ricardo Esquivel,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:18-CR-2696-1

Before Dennis, Haynes, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Ricardo Esquivel appeals the sentence imposed following the revocation of his supervised release. During the pendency of this appeal, Esquivel completed his revocation sentence and was released from custody.

We must examine the basis of our jurisdiction, sua sponte, when necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). Article III,

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50220

Section 2, of the Constitution limits federal jurisdiction to actual cases and controversies. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). The case-or-controversy requirement demands that "some concrete and continuing injury other than the now-ended incarceration or parole—some 'collateral consequence' of the conviction—must exist if the suit is to be maintained." *Id.*

Because the district court did not impose an additional term of supervised release, there is no case or controversy for us to address. *See id.* at 8; *cf. United States v. Lares-Meraz*, 452 F.3d 352, 355 (5th Cir. 2006).

Accordingly, Esquivel's appeal is DISMISSED as moot.